# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00609-CV

**Julia Anna Borja, Appellant**

**v.**

**Hunter Burnham, Appellee**

### FROM THE COUNTY COURT OF LLANO COUNTY
### NO. 03162, THE HONORABLE DARYL RUSSELL COFFEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 19, 2025. On October 31, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that if she failed to file a motion for extension of time to file a brief or a brief accompanied by a motion for extension of time by November 10, 2025, the Court would dismiss this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: January 8, 2026